| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| LUIGI MONTES | § § | |
| *versus* | § § | CASE NO. 4:14-CV-257 |
| UNITED STATES OF AMERICA | § § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 1, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Return of Property Pursuant to Fed. R. Crim. P. Rule 41(g) (#1) and Plaintiff's Motion to Set Aside Judicial Forfeiture (#2) be DENIED. The report further recommended that this case be dismissed without prejudice.

No objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

ORDERED that Plaintiff's Motion for Return of Property Pursuant to Fed. R. Crim. P. Rule 41(g) (#1) and Plaintiff's Motion to Set Aside Judicial Forfeiture (#2) are DENIED. It is further ORDERED that this case is dismissed without prejudice and this matter is closed on the court's docket.

SIGNED at Beaumont, Texas, this 16th day of March, 2015.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE